# Exhibit 3



OFFICE OF THE CHIEF COUNSEL

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
401 W. PEACHTREE ST., NW
SUITE 1400, STOP 1000-D
ATLANTA, GEORGIA 30308
(404) 338-7599
FAX: (404) 338-7928

**May 31, 2012**

Jon W. Eilers
3737 Ivy Road, N.E.
Atlanta, GA 30342

CC:SB:3:ATL:2:GL

**Date summons served:**
**January 20, 2012**

**Appearance date as specified in
summons: February 23, 2012**

**Taxpayer's Name:**
**Jon W. Eilers**

FAILURE TO RESPOND TO AN
INTERNAL REVENUE SERVICE
SUMMONS

The Area Director in your Internal Revenue Service district has notified me that you did not provide the documents and/or testimony requested by the summons identified above. Legal proceedings will be brought against you in the United States District Court should your non-compliance continue. To avoid such proceedings, you should keep the appointment we have arranged for you with Revenue Agent Anthony E. Bryant on the date and at the time and the address specified below. Please be sure to bring with you all records and documents requested in the summons. If you have any questions, please contact Revenue Agent Anthony E. Bryant at the telephone number shown below.

Sincerely yours,

Associate Area Counsel (SB/SE)

| Name and address of Revenue Agent: | Appointment Date & Time: |
|---|---|
| **Anthony E. Bryant**<br>SB/SE Compliance: Gulf States<br>Internal Revenue Service<br>Koger Office Building<br>Room 304A<br>2888 Woodcock Blvd.<br>Atlanta, GA 30341<br>Telephone: (404) 338-9388 | Thursday, June 28th, 2012<br>9:30 A.M. |